IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARY KATHERINE HENDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:10-CV-398 (CAR) |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Before the Court is Plaintiff Mary Katherine Hendley's Amended Motion[1] for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §§ 2412(a), (d). [Doc. 21]. Defendant filed a response and does not oppose Plaintiff's Motion.

The Equal Access to Justice Act ("EAJA") provides:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

---

[1] Plaintiff's instant Motion amends her original Motion for Attorney's Fees [Doc. 20].

1

28 U.S.C. § 2412(d)(1)(A).  In this case, Defendant does not oppose Plaintiff's award. Specifically, Defendant does not challenge Plaintiff's status as a prevailing party, or argue that the Government's position was substantially justified or that there are special circumstances that would make such an award unjust.  Thus, no dispute exists as to whether an award of attorney's fees is justified.

Plaintiff seeks a total award of $5,438.19 for 30.12 hours of work performed by her attorney at the hourly rate, adjusted for inflation, of: $175.59 for 1.0 hours in October 2010; $179.41 for 14.42 hours in March 2011; $180.56 for 3.90 hours in April 2011; $181.40 for 6.50 hours in May 2011; $184.16 for 3.30 hours in March 2012; and $184.50 for 1.0 hours in June 2012.  Plaintiff also seeks an award of $350.00 in costs for filing the complaint.  Plaintiff requests the payment be made payable to her and delivered to her counsel.  Defendant does not oppose this request, and thus Plaintiff's Motion for Attorney's Fees [Doc. 21] is **GRANTED**, and it is **HEREBY ORDERED** that Plaintiff receive $5,438.19 for her attorney's fees and $350.00 for her costs.  Because Plaintiff's Amended Motion for Attorney's Fees [Doc. 21] supersedes her original Motion for Attorney's Fees, Plaintiff's original Motion [Doc. 20] is **TERMINATED as MOOT**.

**SO ORDERED,** this 20th day of July, 2012.

<u>S/  C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH